Appellate Division, Second Department. December 24, 1914.) Action by Della Doherty, as administratrix, etc., of Anthony Doherty, deceased, against Dickson & Turnbull, a corporation.

PER CURIAM. Judgment affirmed, with costs.

CARR, J., not voting.

DOHNEY, Respondent, v. M. J. RUDOLPH CO., Inc., Appellant. (Supreme Court, Appellate Division, Second Department. January 29, 1915.) Action by James Dohney against the M. J. Rudolph Company, Incorporated. No opinion. Judgment and order unanimously affirmed, with costs.

DONOHUE v. MELVIN STABLE CO. (Supreme Court, Appellate Division, First Department. January 29, 1915.) In the matter of Annie Donohue against the Melvin Stable Company. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed.

DOONAN et al., Respondents, v. KILLILEA et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 22, 1915.) Action by Daniel Doonan and another against Thomas Killilea and others. No opinion. Motion to dismiss appeal (from 87 Misc. Rep. 427, 149 N. Y. Supp. 832) denied, on condition that the case be placed upon the March calendar, 1915, and that appellant be ready for argument when reached; otherwise, motion granted, with $10 costs.

DOSZTAL, Respondent, v. H. G. KOTTEN CO., Appellant. (Supreme Court, Appellate Division, First Department. January 29, 1915.) Action by Hellene Dosztal, as administratrix, etc., against the H. G. Kotten Company. G. P. Fall, of New York City, for appellant. Henry Leon Slobodin, of New York City, for respondent. No opinion. Order affirmed, with costs. Order filed. See, also, 150 N. Y. Supp. 1083.

DOUGHERTY v. NORWICH GAS & ELECTRIC CO. (Supreme Court, Appellate Division, Third Department. January 6, 1915.) Action by William E. Dougherty against the Norwich Gas & Electric Company. No opinion. Motion denied. See, also, 149 N. Y. Supp. 1078.

DOYLE, Appellant, v. ATLANTIC STEVEDORING CO., Respondent. (Supreme Court, Appellate Division, Second Department. December 24, 1914.) Action by John Doyle against the Atlantic Stevedoring Company. No opinion. Motion for reargument (164 App. Div. 160, 149 N. Y. Supp. 802) denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied.

DRAKE et al., Respondents, v. HOWLAND, Appellant. (Supreme Court, Appellate Division, Third Department. January 6, 1915.) Action by Norman T. Drake and another, as executors, etc., of J. E. Howland, deceased, against Fred D. Howland. No opinion. Order affirmed, with $10 costs and disbursements.

DUFFY, Appellant, v. NORTHERN CENT. R. CO., Respondent. (Supreme Court, Appellate Division, Third Department. January 15, 1915.) Action by John F. Duffy, as administrator, etc., of Christopher C. Duffy, deceased, against the Northern Central Railroad Company. No opinion. Motion denied. See, also, 149 N. Y. Supp. 1079.

DULLES-BALDWIN ELECTRIC DRILL CO., Respondent, v. PITTSBURG CONTRACTING CO., Appellant. (Supreme Court, Appellate Division, First Department. January 29, 1915.) Action by the Dulles-Baldwin Electric Drill Company against the Pittsburg Contracting Company. J. A. Goodwin, of White Plains, for appellant. M. Conboy, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

In re DUNHAM. (Supreme Court, Appellate Division, First Department. November 27, 1914.) In the matter of Henry P. Dunham, deceased. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed. See, also, 150 N. Y. Supp. 692.

DUNN, Respondent, v. EPPINGER & RUSSELL CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 15, 1915.) Action by Ann Dunn, as administratrix, etc., of Thomas Dunn, deceased, against the Eppinger & Russell Company. No opinion. Judgment and order unanimously affirmed, with costs.

DUNN v. GENOVESE. (Supreme Court, Appellate Division, Second Department. January 22, 1915.) Action by Albert Dunn against Leonardo Genovese. No opinion. Plaintiff's affidavit states that he would prove by defendant that the colliding automobile was owned and operated by the "plaintiff." Defendant denies ownership and operation, it may be because plaintiff conjoined allegation of such ownership and allegation with a charge of negligent collision with plaintiff. Order affirmed, with $10 costs and disbursements.

DUVEEN et al., Appellants, v. SLOANE, Respondent. (Supreme Court, Appellate Division, First Department. February 26, 1915.) Action by Charles J. Duveen and another against W. & J. Sloane. B. L. Hollander, of New York City, for appellants. H. S. Bacon, of Rochester, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

EASTERN EMBROIDERY WORKS, Appellant, v. REITMAN et al., Respondents. (Supreme Court, Appellate Division, Second Department. December 24, 1914.) Action by